UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

1-800-DRYCLEAN, LLC,

    Plaintiff,

v.                                      Case No. 11-15310

MARLENE de CESPEDES-GARCIA, ET AL.,

    Defendants.
                                     /

**ORDER OF VOLUNTARY DISMISSAL**

      Plaintiff initiated this action on December 2, 2011, and Defendants have yet to answer the complaint or file any motions.  On April 4, 2012, Plaintiff filed a notice of voluntary dismissal against some of the Defendants and then, on June 13, 2012, Plaintiff filed a notice of voluntary dismissal as to the remaining Defendants.  Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows Plaintiff to dismiss an action "without a court order" by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Although Plaintiff's two notices effectively dismissed this matter, the court here confirms that dismissal for the sake of docket clarity.  Accordingly,

      IT IS ORDERED that the above-captioned matter is DISMISSED in accordance with Rule 41(a)(1)(B).

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated:  June 20, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 20, 2012, by electronic and/or ordinary mail.

                                                        s/Lisa Wagner  
                                                   Case Manager and Deputy Clerk  
                                                   (313) 234-5522